# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2011

142046

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

STATE FARM MUTUAL INSURANCE
COMPANY,
          Plaintiff-Appellee,

v

BROE REHABILITATION SERVICES, INC.,
          Defendant-Appellant.

SC: 142046
COA: 289230
Oakland CC: 2007-087673-NF

_____/

On order of the Court, the application for leave to appeal the July 22, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011

p0321

_____
Clerk